UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BARBIN ENTERPRISES, INC.**                                               **CIVIL ACTION**

**VERSUS**

**GENERAL MOTORS, LLC**                                         **NO. 23-00338-BAJ-EWD**

## ORDER

Considering Plaintiff's **Notice Of Settlement (Doc. 6)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown, within 60 days, to reopen the action, if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 5th day of July, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**